IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

DWAYNE GUE, et al.,

    Plaintiffs,

v.                                                                           CIVIL ACTION NO. 3:21-cv-00123

NATIONWIDE INSURANCE COMPANY
OF AMERICA, and STEPHEN COHEN,

    Defendants.

## Agreed Order of Dismissal with Prejudice

On this day came the parties, Plaintiffs, Dwayne Gue, Gue Investments, LLC and Mountaineer Foods, LLC, by counsel, and Defendant Nationwide Insurance Company of America, by counsel, and announced to this Court that all claims that were asserted or could have been asserted in this civil action have been fully compromised and settled between the parties.

Accordingly, pursuant to Rule 41 of the Federal Rules of Civil Procedure, this Court does hereby **DISMISS** the above-styled civil action **WITH PREJUDICE**.

The Clerk is **ORDERED** to dismiss this case from the Court's docket and to forward certified copies of this Order to counsel of record.

ENTERED this 3 day of March, 2022.

                                                                    HONORABLE ROBERT C. CHAMBERS
                                                                    UNITED STATES DISTRICT JUDGE

| Prepared and submitted by: | Reviewed and agreed to by: |
|---|---|
| /s/ Patrick C. Timony | /s/ D. Adrian Hoosier, II |
| Ronda L. Harvey (WVSB # 6326) | D. Adrian Hoosier, II (WVSB #10013) |
| Patrick C. Timony (WVSB # 11717) | HOOSIER LAW FIRM, PLLC |
| Joshua A. Lanham (WVSB #13218) | 213 Hale Street, Suite 100 |
| Bowles Rice LLP | Charleston, West Virginia 25301 |
| Post Office Box 1386 | Adrian@hlfwv.com |
| Charleston, West Virginia 25325-1386 | |
| ptimony@bowlesrice.com | |
| jlanham@bowlesrice.com | |

13462006.1